BRANDON BARKHUFF
Nevada Bar No. 8958
6226 West Sahara Ave.
Las Vegas, Nevada 89146
Telephone:   702/402-5791
Facsimile:   702/402-2069

*Counsel for Defendant Nevada Power Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY E. DICKSON; RONALD N. BEGAY; LARRY D. EILERS; ALDEN T. FERGUSON; and WILBUR TARR,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA POWER COMPANY, a Nevada corporation; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a political subdivision of the State of Arizona, as a participant in the MOHAVE GENERATING PROJECT; and SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a political subdivision of the State of Arizona, as Operating Agent of the Navajo Generating Project;<br><br>Defendants. | CASE NO.:   2:96-cv-0020-LDG-LRL<br><br>**STIPULATION AND ORDER WITHDRAWING AFFIDAVIT AND REQUEST FOR ATTORNEY'S FEES AND ACKNOWLEDGING SATISFACTION OF JUDGMENT** |

Plaintiffs, TERRY E. DICKSON, RONALD N. BEGAY, LARRY D. EILERS, ALDEN T. FERGUSON, and WILBUR TARR, along with Defendants, and NEVADA POWER COMPANY, (each a "Party" and, collectively, "Parties"), by and through their counsel of record[1], hereby enter into the following stipulation:

WHEREAS, as a result of a dispute between Terry E. Dickson, Ronald N. Begay, Larry D. Eilers, Alden T. Ferguson, and Wilbur Tarr (collectively, "Plaintiffs"), and Defendants Nevada Power Company ("Nevada Power") and the Salt River Project Agricultural Improvement

---

[1] Heideman & Associates is the successor entity of Ascione, Heideman & McKay, LLC.

and Power District, on January 5, 1996, Plaintiffs filed a civil lawsuit against Nevada Power and the Salt River Project Agricultural Improvement and Power District which was litigated in the U.S. District Court in and for the District of Nevada as Case No. 2:96-cv-00020-LDG-LRL (the "Action") alleging a cause of action and damages related to Plaintiffs' rights under ERISA and their retirement plans;

WHEREAS, on February 8, 2005, the Court issued its Decision and Judgment on the merits of the Action where it awarded Plaintiffs $22,860.00 and conditionally awarded the payment of Plaintiffs' attorney's fees and costs, subject to further briefing and order of the Court;

WHEREAS, on April 5, 2005, Plaintiffs submitted their Affidavit of Attorneys' Fees (ECF No. 174), regarding attorney's fees and costs, which was opposed by Nevada Power (ECF Nos. 175, 176);

WHEREAS, the Court has not issued an order concerning Plaintiffs' Affidavit of Attorney's Fees regarding an award of attorney's fees and costs;

WHEREAS, the Judgment has been fully satisfied; and

WHEREAS, the Parties have agreed to resolve the disputes between them concerning the Court's Decision, Judgment, and Plaintiffs' Affidavit of Attorneys' Fees.

THEREFORE, the Parties hereby stipulate and agree to the following:

1. Plaintiffs hereby withdraw their Affidavit of Attorneys' Fees (ECF No. 174), together with any request for an award of attorney's fees and costs, with prejudice;

2. The Parties acknowledge the payment of TWENTY FIVE THOUSAND DOLLARS ($25,000.00) from Nevada Power in full and complete satisfaction of any attorney's fees and costs owed to Plaintiffs in or resulting from this action, or that could have otherwise been sought by Plaintiffs in connection with the occurrences and transactions referenced in this action;

3. The Parties acknowledge the payment of $22,860.00 in full and complete satisfaction of the Judgment; and

4. This matter may now be closed.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,

Dated: September 21, 2016

By: /s/ Brandon Barkhuff
Brandon Barkhuff
Nevada Bar No. 8958
6226 West Sahara Ave.
Las Vegas, Nevada 89146
Telephone: 702/402-5791
Facsimile: 702/402-2069

*Counsel for Defendant Nevada Power Company*

Dated: September 19, 2016

By: /s/ Justin D. Heideman
Justin D. Heideman
HEIDEMAN & ASSOCIATES
2696 North University Ave., Suite 180
Provo Utah 84604

*Counsel for Plaintiffs Terry E. Dickson, Ronald N. Begay, Larry D. Eilers, Alden T. Ferguson, and Wilbur Tarr*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: 23 September 2016

/s/ Lloyd D. George
United States District Court Judge
Lloyd D. George

- 3 -